```
MINUTE ENTRY
CHASEZ, M.J.
JUNE 26, 2013
```

                      UNITED STATES   DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA


SHARON D. HARVEY                              CIVIL ACTION

VERSUS                                        NUMBER: 13-0392

SHELTER INSURANCE COMPANY,                    SECTION: "F"(5)
ET AL.


                           HEARING ON MOTION

APPEARANCES:   Pamela Carter, Janis Lemle, Lloyd Frischhertz

MOTION:

(1)  Defendants' Motion to Quash Plaintiff's Discovery (Rec. doc.
     26).


_____ :   Continued to

_____ :   No opposition

\_\_\_1\_\_ :   Opposition


```
MJSTAR(00:10)
```

<u>ORDERED</u>

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

___1___ :   Other.  Defendants' motion is moot as to plaintiff's interrogatories and requests for production of documents. Plaintiff will be re-issuing her requests for admissions and the requests that were previously issued are not deemed admitted.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE